IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA DIVISION



00-02353

| | |
|---|---|
| SERGIO HERNANDEZ, DAVID SMART, MARINO M. RODRIGUEZ, MIGUEL PEREZ, CARLOS M. GRANJA, MIGUEL OBANDO, CARLOS CHAVEZ, JUAN C. DAVILA, ROLANDO ESPINOSA, DANIEL FERRO, ISRAEL GONZALEZ, CARLOS GUTIERREZ, JOSÉ C. JIMENEZ, MARCIANO LEON, CARLOS R. LOPEZ, ALBERTO LUNA, JAMIE MAYORGA, JULIO C. MARTINEZ, DANIEL J. MENA, JOSÉ A. MENA, JULIO MOLINA, JOSÉ D. OLIVAS, ARNOLDO PADILLA, IMBANO MORALES PEREZ, ORLANDO J. REYES, JACINTO RODRIGUEZ, MIGUEL A. RODRIGUEZ, OSWELD RODRIGUEZ, RENE RODRIGUEZ, FERNANDO SABALLOS, LEMER SAAVEDRA, JUAN TERCERO, GERMAN VELASQUES, MANUEL A. VILLAVICENCIO, RAMON GUSMAN, CANTALICIO BUSTILLO, OSCAR ZUNIGA, JORGE PRADO, LUIS PEREZ, and LUIS SAAVEDRA, | CIV-MIDDLEBROOKS Case No. <br><br> MAGISTRATE BANDSTRA |
| Plaintiffs, | |
| vs. | |
| S.K. GROUP, INC, a Florida corporation, SOKOLOV, LTD., a Florida limited partnership, SOKOLOV, INC., DECO CONTRACTORS, INC. and ADP TOTALSOURCE FL XVII, INC a Florida corporation, | **COMPLAINT** |
| Defendants. | |

PLAINTIFFS sue the Defendants, S.K. GROUP, INC., SOKOLOV, LTD., SOKOLOV,



INC., DECO CONTRACTORS, INC., and ADP TOTALSOURCE FL XVII, INC. (Hereinafter collectively referred to as "Defendants"), and state:

1. Plaintiffs, on their behalf and all other similarly situated individuals, bring this action under the Fair Labor Standards Act of 1938, as amended (29 U.S.C. § 201 et seq.), hereinafter "the Act," to recover unpaid back wages, and additional equal amount as liquidated damages, reasonable attorneys' fees and costs.

2. Jurisdiction of this action is conferred upon the court by 29 U.S.C. §216(b), 28 U.S.C. §1337, and over the state law claim pursuant to the doctrine of supplemental jurisdiction.

3. All acts or omissions giving rise to this dispute took place in the Southern District of Florida.

**PARTIES**

4. Plaintiffs are individual residents of the Southern District of Florida, and at all times material to this lawsuit were employees of Defendants.

5. Defendant, S.K. GROUP, INC. is a corporation that is incorporated under the laws of the State of Florida. It has its principal place of business in Miami-Dade County, Florida, and its registered agent for service of process is Joshua D. Manaster, 1428 Brickell Avenue, 8th Floor, Miami, Florida.

6. Defendant, SOKOLOV, LTD. is limited partnership formed under the laws of the State of Florida. It has its principal place of business in Miami-Dade County, Florida, and its registered agent for service of process is Leo Rose, Esq., Therrel Baisden, P.A. One S.E. 3rd Avenue, Suite 2400, Miami, Florida 33131.

7. Defendant, SOKOLOV, INC. is a corporation formed under the laws of the State of Florida. It has its principal place of business in Miami-Dade County, Florida, and its registered agent for service of process is Joshua D. Manaster, 1428 Brickell Avenue, 8th Floor, Miami, Florida..

8. Defendant, DECO CONTRACTORS, INC., is a corporation formed under the laws of the State of Florida. It has its principal place of business in Miami-Dade County, Florida, and its registered agent for service of process is Marvin Bigelman, 9364 Bay Dr., Surfside Florida.

9. Defendant, ADP TOTALSOURCE FL XVII, INC., is a corporation formed under the laws of the State of Florida. It has its principal place of business in Miami-Dade County, Florida, and its registered agent for service of process is Elizabeth J. Marston, 10200 Sunset Drive, Miami Florida.

10. Plaintiff has been engaged in commerce or the production of goods for commerce within the meaning of Section 3(b) and (j), respectively, of the Act (29 U.S.C. § 203(b) and (j)).

11. At all times hereinafter mentioned, the Defendants had an annual gross volume of sales made or business done of not less than $500,000.00, exclusive of excise taxes at the retail level which are separately stated.

12. By reason of the foregoing, Defendants were, during all times hereinafter mentioned, an enterprise engaged in commerce or in the production of goods for commerce as defined in Section 3(r) of the Act (29 U.S.C. § 203(r) and 203(s)).

## VIOLATION OF FAIR LABOR STANDARDS ACT
## FAILURE TO PAY OVERTIME WAGES

13. Federal law, 29 U.S.C. §207(a)(1), states that "if an employer employs an employee for more than forty hours in any work week, the employer must compensate the employee for hours in excess of forty at a rate of at least one and a half times the employee's regular rate."

14. At all times since about June of 1997, Defendants willfully employed Plaintiffs and other similarly situated employees in the aforesaid enterprises, in commerce or in the production of goods for commerce, or employees handling, selling or otherwise working on goods or materials that have been moved in or produced for commerce as described above, for many workweeks longer than 40 hours, and failed and refused to compensate Plaintiffs and others similarly situated for such work in excess of 40 hours at rates not less than one and one-half times the regular rates at which they were employed, contrary to the provisions of Section 7(a) of the Act (29 USC § 207(a)).

15. Defendants are employers under the Act.

16. Defendants willfully and intentionally failed to pay Plaintiff, and other similarly situated employees the statutory overtime rate as required by the laws of the United States as set forth above and remains owing them back wages.

17. As a result of the under payments of wages alleged above, Defendants are indebted to Plaintiffs and others similarly situated in the amount of the unpaid minimum wages and/or overtime compensation. Plaintiffs propose to obtain the necessary records and

information to determine the amount of the underpayment to the Plaintiffs and others similarly situated by appropriate discovery proceedings to be promptly taken in this cause.

WHEREFORE, Plaintiffs, on their behalf and on behalf of others similarly situated, demand judgment awarding them all such legal and/or equitable relief that will effectuate the purpose of the Act including but not limited to back pay and prejudgment interest, liquidated damages, reasonable attorney fees, pursuant to 29 U.S.C. §216(b), and the other applicable provisions of the Act, along with court costs, witness fees and other miscellaneous costs of the litigation, and any other relief that this court finds reasonable under the circumstances.

Respectfully submitted

PAUL F. PENICHET, P.A.  
Co-counsel for Plaintiffs  
201 Alhambra Circle  
Suite 711  
Coral Gables, FL 33134  
(305) 448-8550, (305) 441-1413 (fax)

SPENCER A. EMISON, P.A.  
Co-counsel for Plaintiffs  
1999 S.W. 27 Avenue  
Miami, Florida 333145  
(305) 860-1901  
(305) 860-1902 (fax)

BY: _____  
Paul F. Penichet, Esq.  
FBN: 0899380

By: _____  
Spencer A. Emison  
FBN: 0840947

# CIVIL COVER SHEET

00-02353

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

CIV-MIDDLEBROOKS

MAGISTRATE BANDSTRA

**I (a) PLAINTIFFS**
Sergio Hernandez et al.
(See Addendum)

**DEFENDANTS**
S.K. Group, Inc., Sokolov, Ltd., Sokolov, Inc., Deco Construction, Inc., and ADP TotalSource FL XVII, Inc.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Dade
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

A-Dade 00-2353CV DMM Bandstra

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Paul F. Penichet, P.A. 201 Alhambra Cir., Ste. 711, Coral Gables, FL 33134

**ATTORNEYS (IF KNOWN)**

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X ONE BOX ONLY)
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only) (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated of Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Defendant violated the Fair Labor Standards Act (29 U.S.C. 201 etseq.) by failing to pay the Plaintiffs overtime

**IVa.** 4-5 days estimated (for both sides) to try entire case

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTACT | A TORTS | 3 FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | A PROPERTY RIGHTS | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 630 Liquor Laws | 820 Copyrights | 450 Commerce/ICC Rates/etc. B |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | PERSONAL PROPERTY | 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine | 370 Other Fraud | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) B | 345 Marine Product Liability | 371 Truth in Lending B | B SOCIAL SECURITY | 810 Selective Service |
| 153 Recovery of Overpayment of Veteran's Benefits B | 350 Motor Vehicle | 380 Other Personal Property Damage | 861 HIA (1395ff) | 850 Securities/Commodities/Exchange |
| 160 Stockholder's Suits | 355 Motor Vehicle Product Liability | 385 Property Damage Product Liability | 862 Black Lung (923) | 875 Customer Challenge 12USC3410 |
| 190 Other Contract | 360 Other Personal Injury | A LABOR | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 195 Contract Product Liability | | [X] 710 Fair Labor Standards Act | 864 SSID Title XVI | 892 Economic Stabilization Act |
| | | 720 Labor Management Relations B | 865 RSI (405(g)) | 893 Environmental Matters |
| A REAL PROPERTY | A CIVIL RIGHTS | B PRISONER PETITIONS | 730 Labor Management Reporting & Disclosure Act | |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 740 Railway Labor Act | 894 Energy Allocation Act |
| 220 Foreclosure B | 442 Employment | Habeas Corpus | 790 Other Labor Litigation | A FEDERAL TAX SUITS | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 530 General * | 791 Employee Ret. Inc. Security Act B | 870 Taxes (U.S. Plaintiff or Defendant) | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | | 871 IRS-Third Party 26 USC 7609 | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 440 Other Civil Rights | 540 Mandamus & Other * | | | 890 Other Statutory Actions * |
| 290 All Other Real Property | | 550 Civil Rights * A or B | | | * A or B |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
- [X] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Refiled
- [ ] 5. Transferred from another district (Specify)
- [ ] 6. Multidistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 DEMAND $ Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [X] NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ DOCKET NUMBER _____

DATE 06/28/00
SIGNATURE OF ATTORNEY OF RECORD /s/ Penichet

UNITED STATES DISTRICT COURT
JF 1-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No. 824569 Amount 150.00
Date Paid: 07/03/00 M/fp: _____