UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-2353-CIV-MIDDLEBROOKS

SERGIO HERNANDEZ, et al.,

    Plaintiffs,

v.

S.K. GROUP, INC., et al.,

    Defendants.
_____/

**CLOSED CIVIL CASE**

FILED by _____ D.C.
MAR 20 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon receipt of the parties' Stipulation of Dismissal With Prejudice, filed March 19, 2002 (DE#83). The Court is glad finally to have received this document, as the case had been pending for quite some time and the attorneys have had some difficulty meeting deadlines. However, based upon this Stipulation, it is hereby

ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE. Further, all pending motions are DENIED AS MOOT and the Clerk is instructed to CLOSE this case.

DONE AND ORDERED in Chambers in West Palm Beach, Florida, this 20 day of March 2002.

                                              DONALD M. MIDDLEBROOKS
                                              UNITED STATES DISTRICT JUDGE

copies to counsel of record